IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HUMBLE SURGICAL HOSPITAL LLC, | § § § § § § § § § § | JURY DEMANDED |
| Plaintiff, | | |
| VS. | | |
| | | CIVIL ACTION NO. 4:14-cv-03000 |
| AETNA LIFE INSURANCE COMPANY | | |
| Defendants. | | |

## ORDER GRANTING MOTION TO TRANSFER

The Motion to Transfer Case to Judge Hughes' Court is GRANTED. Civil Action No. 4:14-cv-03000 is hereby TRANSFERRED to the docket of Judge Lynn N. Hughes.

DATED this 10th day of November, 2014.

_____
UNITED STATES DISTRICT JUDGE

HOU:3490692.2