**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS

CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov



John F. Droney
Hinckley, Allen & Snyder LLP
20 Church Street
18th Floor
Hartford  CT  06103

United States Courts
Southern District of Texas
**FILED**

NOV 24 2014

David J. Bradley, Clerk of Court

Case: 4:14-cv-03000   Instrument: 86   (1 pages)   aty
Date: Nov  7, 2014
Control: 14113626
FAX number: 860-278-3802   (2 Total pages including cover sheet)
Notice: The attached order has been entered.

NOTICE: After September 30, 2010, attorneys registered for electronic filing will no longer receive copies of Court notices, orders and judgments from the District Court for the Southern District of Texas by facsimile or first-class mail. All attorneys admitted to the bar of this Court, as well as those admitted pro hac vice, are required to register for electronic filing. Registration constitutes consent to electronic service of all documents as provided in the Court's Administrative Procedures for Electronic Filing in Civil and Criminal Cases and in accordance with Fed. R. Civ. P. 5(b)(2)(E) and Fed. R. Crim. P. 49. For more information, visit our web site: www.txs.uscourts.gov